# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 1:12-CR-80 |
| | § | |
| ELIZABETH ANN HARDIN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because she is able to understand the nature and consequences of the proceeding against her, and is able to assist her attorney in her defense. It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further

**ORDERED** that the Defendant, Elizabeth Ann Hardin, is competent. The speedy trial time shall be excluded from October 16, 2012 until the date of this order.

So **ORDERED** and **SIGNED** on February __17__, 2013.

_____
Ron Clark
United States District Judge